

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN
~~WILL~~ WILSON
**ATTORNEY GENERAL**

AUSTIN 11, TEXAS

Hon. George W. Cox, M. D.
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-1562
Re: Whether $4.00 per day limitation
on traveling expenses provided by
rider to departmental appropria-
tion bill applies to trip by State
Health Officer to Washington, D.C.,
at request of Federal officials,
expenses of such trip to be paid
out of funds allocated to the
State of Texas by the Children's
Bureau of the Federal Government.

This will acknowledge receipt of your letter of Octo-
ber 6, 1939, wherein you advise that you have been requested
by Miss Katharine F. Lenroot, Chief of the Children's Bureau,
and by Surgeon General Thomas Parran of the United States
Public Health Service, to come to Washington, D. C., for the
purpose of studying plans, rules and regulations for the ad-
ministration of health affairs and moneys allocated to Texas,
and that you have been advised by Miss Lenroot that your ex-
penses will be paid out of funds allocated to the State of
Texas by the Children's Bureau.

You desire the opinion of this department upon the
following question:

"Please advise me if expenses incurred on a
trip to Washington, on official business, will be
limited to $4.00 per day, or will the expenses
incident thereto be limited to actual expenses if
paid out of funds allocated to the Health Depart-
ment of the State of Texas by the United States
Public Health Service or the Children's Bureau."

Your question is not one which can be given a
categorical answer, upon the basis of the information contain-
ed in your letter. The answer to your question depends upon
the facts as to whether or not, in allocating funds to the
State of Texas by the Children's Bureau, the Federal govern-
ment has made an unrestricted grant of such funds in such man-
ner as to constitute the funds "State funds," subject to the

complete control of the Legislation of the State of Texas. If this be the situation, the expenses incurred by you on your trip to Washington, on official business, would be limited to $4.00 per day, in accordance with the rider appended to the departmental appropriation bill.  On the other hand, if the condition of the grant to the State of Texas by the Children's Bureau was that the expenditure of such Federal funds should be subject to the control of the proper Federal authorities, or the grant at the time it was made prescribed the use that might be made of such funds in respect to traveling expenses authorized to be paid therefrom, such funds would be received and retained by the State of Texas impressed with the trust, and the expenditure of such funds would be controlled by the Federal regulations, rather than by our State laws.

                              Yours very truly

                              ATTORNEY GENERAL OF TEXAS


                              By s/R. W. Fairchild
                                 R. W. Fairchild

RWF:pbp:wc


APPROVED OCT 23, 1939
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman